JS-6

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEMANUEL WEILCH, | Case No. 2:23-cv-02408-FLA (SKx) |
| Plaintiff, | **ORDER DISMISSING ACTION [DKT. 13]** |
| v. | |
| NAN YOUNG LEE, et al., | |
| Defendants. | |

1

On April 14, 2023, Plaintiff Leemanuel Weilch ("Plaintiff") filed a Notice of Voluntary Dismissal of Entire Action without Prejudice, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 13. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The court's April 3, 2023, Order to Show Cause ("OSC"), Dkt. 11, is DISCHARGED.
2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: April 18, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2